UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Jeremiah J. Biel,

Plaintiff,

vs.

ORDER

Sisseton Public School District #54-9, a school corporation under the laws of the State of South Dakota; Sisseton Public School District #54-9 School Board; Sisseton Public High School; and Collette Lanae Ceroll, individually, and in her official capacity as an employee of Sisseton Public School District #54-9,

Defendants.

Civ. No. 01-1685 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

To: Timothy Thomas Nipper and Philip Gordon Villaume, Nipper Law Office, 308 Edina Executive Plaza, 5200 Willson Road, Edina, MN 55424-1332

At Duluth, in the District of Minnesota, this 18th day of January, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

16

JAN 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

It appears that more than 20 days have elapsed since the Summons and Complaint were served, and that no appearance has been entered by the Defendant Collette Lanae Ceroll ("Ceroll").

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by opposing counsel, the Court does not permit counsel, by agreement, to extend the time for filing an Answer or some other responsive pleading.

NOW THEREFORE, It is --

ORDERED:

That counsel for the Plaintiff is directed to:

1. Notify the Defendant Ceroll immediately that she is required to serve and file her Answer or some other responsive pleading, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

2. File an application for entry of default unless the required pleadings are filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

Unless the Plaintiffs' counsel complies with this Order within 20 days of this date, this case, as it pertains to Defendant Ceroll, may be dismissed for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE